1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

7   **UNITED STATES OF AMERICA,**
                        **Plaintiff,**              Case No. CR05-5154RBL
8
                 **v.**                             **DETENTION ORDER**
9   **GREG GRAY,**
                        **Defendant.**
10

11

12       THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

14       This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

                    *Findings of Fact/ Statement of Reasons for Detention*

18       <u>**Defendant has executed a Waiver of Hearing on Order of Detention**</u> in which he requests the court enter an order of detention pending further proceedings in the case.

                                *Order of Detention*
   ‣   The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, without prejudice to review.
   ‣   The defendant shall be afforded reasonable opportunity for private consultation with counsel.
   ‣   The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.

   ‣
                                **April 21, 2005.**




                                **s/   *J. Kelley Arnold*                     **
                                **J. Kelley Arnold, U.S. Magistrate Judge**




**DETENTION ORDER**
**Page - 1**